UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05CR152-DJS |
| ) | |
| **ELISHA GIBSON,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

In light of the defendant's guilty plea entered herein this day,

**IT IS HEREBY ORDERED** that all pending motions as to defendant Elisha Gibson are denied as moot.

/s/Donald J. Stohr
**UNITED STATES DISTRICT JUDGE**

**Dated:** 5/20/05